IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONZELL GREEN,

        Plaintiff,        CV F 07 1130 OWW WMW P

  vs.                          ORDER DISMISSING ACTION
                                AND DIRECTING CLERK'S OFFICE
                                TO SEND PLAINTIFF A
                                CIVIL RIGHTS COMPLAINT FORM

A. HEDGPETH, et al.,

        Defendants.

        Plaintiff is a state prisoner proceeding pro se in this action. On August 2, 2007, Plaintiff initiated this action by the filing of a document that appears to be a civil complaint. The letter sets forth allegations of criminal conduct by certain officials employed by the California Department of Corrections and Rehabilitation. Plaintiff requests that a criminal investigation be conducted and that federal criminal charges be filed.

        Plaintiff may not file a criminal complaint against Defendant prison officials. <u>Ivey v. National Treasury Employees Union</u>, No. 05-1147 (EGS), 2007 WL 915229, 5 (D.D.C Mar. 27, 2007). Plaintiff does not have a private right of action to sue Defendants civilly for violating criminal code sections. <u>Allen v. Gold Country Casino</u>, 464 F.3d 1044, 1048 (9th Cir. 2006)(citing <u>Aldabe v. Aldabe</u>, 616 F.2d 1089, 1092 (9th Cir. 1980)). This

1

action must therefore be dismissed.

The Court will provide Plaintiff with a civil rights complaint form.  If Plaintiff wishes to file a civil suit against prison officials for conditions of confinement that violate his federal or constitutional rights, he may seek redress under 42 U.S.C. § 1983 by completing and submitting a civil rights complaint form.  However, Plaintiff may not proceed with his request for a criminal investigation filed on August 2, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed.

2. The Clerk's Office shall send to Plaintiff a civil rights complaint form.

IT IS SO ORDERED.

Dated:   August 14, 2007              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE